ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:
**Gopal Law Group**
**4733 Torrance Blvd #230**
**Torrance, CA 90503**
TELEPHONE NO.: **310-968-5547** FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **MUSA JAMES BASSEY, an individual**

***FOR COURT USE ONLY***

**United States District Court, Central District of California**
STREET ADDRESS: **411 West Fourth St. Room 1053**
MAILING ADDRESS: **411 West Fourth St. Room 1053**
CITY AND ZIP CODE: **Santa Ana 92701**
BRANCH NAME: **Ronald Reagan Federal Building**

PLAINTIFF/PETITIONER: **MUSA JAMES BASSEY, an individual**

DEFENDANT/RESPONDENT: **EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; et al.**

CASE NUMBER: **8:26-cv-01841-MRA-PVC**

# PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: **8:26-cv-01841-MRA-PVC**

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
**SUMMONS IN A CIVIL ACTION; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; COMPLAINT**

3. a. Party served *(specify name of party as shown on documents served)*:
**Equifax Information Services, LLC**

b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
**skylar Leih, Associate Intake Coordinator, person authorized to accept for Equifax Information Services, LLC.**

4. Address where the party was served:
**2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833-3502**

5. I served the party *(check proper box)*

a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/11/2026** at *(time)*: **12:18 PM**
**skylar Leih, Associate Intake Coordinator**
**I delivered the documents to skylar Leih, Associate Intake Coordinator who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**

b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

(1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

(2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

(3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

| PLAINTIFF/PETITIONER: MUSA JAMES BASSEY, an individual | CASE NUMBER: 8:26-cv-01841-MRA-PVC |
|---|---|
| DEFENDANT/RESPONDENT: EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; et al. | |

(4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **Equifax Information Services, LLC c/o CSC Lawyers Incorporating Service, Registered** under the following Code of Civil Procedure section:

☒ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**

a. Name: **Brian Heinz**
b. Address: **50330 COUNTY ROAD 128A, WEST SACRAMENTO, CA 95691**
c. Telephone number: **916-917-9030**
d. The fee for service was: **$ 80.00**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**

(ii) ☒ Registration No.: **PS25** Registration #: **6779**

BY FAX

(iii) [X] County: **Yolo County** County: **Los Angeles**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 08/11/2026

**Brian Heinz**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)